THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MADELINE WEBB, Appellant.

Submitted November 27, 1944; decided November 30, 1944.

*Frank S. Hogan, District Attorney (Whitman Knapp* of counsel), for motion.

*Arnold Cohen* opposed.

Motion denied on condition that appellant perfect her appeal and be ready to argue her appeal in the second week of the January, 1945, session; otherwise motion granted and appeal dismissed. The appeal may be prosecuted on the printed record in *People* v. *Cullen* and *Shonbrun.*